B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Eliason Combination Fund, LLC | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 27-0808239 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 548 Hwy 155, P.O. Box 219 St. Germain, WI 54558 ZIP CODE 54558 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: USA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): See attached Schedule 1 | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other Real Estate Developer

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: Eastern District of Wisconsin | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br>6/16/11<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Forrest B. Lammiman<br>Signature of Attorney for Debtor(s)<br>Forrest B. Lammiman<br>Printed Name of Attorney for Debtor(s)<br>Meltzer, Purtill & Stelle LLC<br>Firm Name<br>300 South Wacker Drive, Suite 3500<br>Address  Chicago, IL 60606<br><br>(312) 987-9900<br>Telephone Number<br>6/17/11<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>David O Eliason<br>Printed Name of Authorized Individual<br>Member, Jo Edward LLC, as Manager of Debtor<br>Title of Authorized Individual<br>6/17/11<br>Date | |

## SCHEDULE 1

*ELIASON COMBINATION FUND, LLC*

<u>LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR</u>

1. <u>Whispering Pines Apartments</u>

    525 S. 56th Ave, Wausau, WI 54401
    545 S. 56th Ave, Wausau, WI 54401
    5301 Arbor Court, Wausau, WI 54401
    5302, 5304, 5306, 5308, 5310, 5312, 5314, 5316 Arbor Court, Wausau, WI 54401
    5420, 5422, 5424, 5426, 5428, 5430, 5432, 5434 Arbor Court, Wausau, WI 54401
    5425 Arbor Court, Wausau, WI 54401
    5441 Arbor Court, Wausau, WI 54401
    5501 Arbor Court, Wausau, WI 54401
    5502, 5504, 5506, 5508, 5510, 5512, 5514, 5516 Arbor Court, Wausau, WI 54401
    5520, 5522, 5524, 5526, 5528, 5530, 5532, 5534 Arbor Court, Wausau, WI 54401

2. <u>Tamarack Heights Apartments</u>

    209 Lavina Drive, Wausau, WI 54401
    211 Lavina Drive, Wausau, WI 54401
    213 Lavina Drive, Wausau, WI 54401
    215 Lavina Drive, Wausau, WI 54401

3. <u>Tri Park Villas Apartments</u>

    1502 Tri Park Way, Appleton, WI 54914
    1506 Tri Park Way, Appleton, WI 54914
    1512 Tri Park Way, Appleton, WI 54914
    1520 Tri Park Way, Appleton, WI 54914

4. 5250 S. 76th Street, Greendale, WI 53129

5. 5665 St. Louis Mills Boulevard, Bridgeton, MO 63044

# CONSENT OF THE MANAGER

# TO THE

# CHAPTER 11 FILING

June 17, 2011

The undersigned, being the sole Manager of ELIASON COMBINATION FUND, LLC, a Wisconsin limited liability company (the "Company"), hereby adopts the following resolutions:

## RECITALS

**WHEREAS**, the undersigned has considered the financial and operational aspects of the Company's business and has determined that it is desirable and in the best interest of the Company, its creditors, members and other interested parties that the Company file a petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") seeking the bankruptcy protections and relief provided therein;

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that the Company cause a Petition in the name of the Company under Chapter 11 of the Bankruptcy Code to be filed in the United States Bankruptcy Court and that the Manager, or any other person or persons so designated by the Manager (collectively, the "Authorized Signatories", and each an "Authorized Signatory") be, and each of them hereby is, authorized and directed on behalf of the Company to execute and verify a Petition in the name of the, in such form and at such time as the Authorized Signatory executing the Petition on behalf of the Company shall determine;

**FURTHER RESOLVED**, that the Authorized Signatories or any one of them be, and each of them hereby is, authorized to execute and file, or cause to be executed and filed, any and all documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, as in their judgment shall be necessary, appropriate, or advisable in connection with the Chapter 11 case commenced by the filing of the Petition (the "Chapter 11 Case");

**FURTHER RESOLVED**, that the law firm of Meltzer, Purtill & Stelle LLC be, and hereby is, employed and retained as counsel to the Company in the Chapter 11 Case;

**FURTHER RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, the Manager is, authorized, in the name and on behalf of the Company, to (i) take, or cause to be taken, any and all further action, (ii) execute and deliver, or cause to be executed and delivered, any and all further agreements, consents, resolutions, certificates, documents, and other papers, (iii) retain professionals and advisors to the Company and incur all further fees and expenses, as in Manager's judgment shall be necessary, appropriate, or advisable to effectuate fully the purpose and intent of any and all of

{33502: 001: 00750869.DOC : }

the foregoing resolutions, and (iv) take all actions necessary and appropriate to conduct the Chapter 11 Case; and

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by the Company, or any Authorized Signatory or any to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

This Consent may be executed in one or more counterparts and execution and delivery by facsimile or electronically shall have the same effect as an original

[Signature page follows]

DATED: June 17, 2011               Jo Edward, LLC, Manager of the Company

                                   _____
                                   By: David J. Eliason
                                   Its: Member

{33502: 001: 00750869.DOC : }

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Eliason Combination Fund  Case No. _____
  Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor amongst the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent of guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent unliquidated, disputed or subject to setoff* | (5) *Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|---|
| 1 | M&I Bank<br>Attn: Joseph Mudlaff<br>P.O. Box 3114<br>Milwaukee, WI 53201-3114 | | Loan | Unliquidated | Unknown |
| 2 | City of Wausau – Treasurer<br>P.O. Box 3051<br>Milwaukee, WI 53201-3051 | | Real Estate Taxes | | 100,192.48 |
| 3 | Town of Grand Chute<br>Attn: Bev Matheys<br>1900 W Grand Chute Blvd Grand Chute, WI 54913 | | Real Estate Taxes | | 40,084.08 |
| 4 | Saint Louis County<br>Director of Revenue<br>41 S. Central Avenue – 4th Floor<br>Clayton, MO 63105-1799 | | Real Estate Taxes | Unliquidated | Unknown |
| 5 | BEDE, Inc.<br>PO Box 219<br>St. Germain, WI 54558 | | | | 36,288.64 |
| 6 | 29 North, LLC<br>PO Box 219<br>St. Germain, WI 54558 | | Mgmt/Payroll | | 26,015.00 |
| 7 | Village of Greendale<br>Clerk-Treasurer<br>P.O. Box 257<br>Greendale, WI 53129 | | Real Estate Taxes | | 71,000.00 |

|  | | | | | |
|---|---|---|---|---|---|
| 8 | 12000 Wirth Street<br>c/o Outlook Development 6495 S. 27th Street<br>Franklin, WI 53132 | | | | 25,135.25 |
| 9 | Wausau Water Works<br>P.O. Box 3051<br>Milwaukee, WI 53201-3051 | | Utility | | 5,600.00 |
| 10 | WE Energies<br>P.O. Box 2089<br>Milwaukee, WI 53201-2089 | | Utility | | 4,660.00 |
| 11 | CB Richard Ellis, Inc.<br>P.O .Box 15531<br>Location Code 2113 Chicago, IL 60693 | | Commission | | 4,000.00 |
| 12 | Foley & Lardner LLP<br>Verex Plaza<br>150 E. Gilman St.<br>P.O. Box 1497<br>Madison, WI 53703-1481 | | Legal | | 3,790.50 |
| 13 | Southridge Limited Partnership<br>P.O. Box 404831<br>Atlanta, GA 30384-4831 | | Ground Lease CAM | | 2,723.43 |
| 14 | Facility Services Group LLC<br>317 Oakton Avenue, Pewaukee, WI 53072 | | | | 2,000.00 |
| 15 | Grand Chute Utilities<br>1900 Grand Chute Blvd.<br>Grand Chute, WI 54913-9613 | | Utility | | 1,360.00 |
| 16 | Wisconsin Public Service<br>PO Box 19003<br>Green Bay, WI 54307-9003 | | Utility | | 1,320.00 |
| 17 | General Casualty Insurance Companies<br>PO Box 3109<br>Milwaukee, WI 53201-3109 | | Insurance | | 1,478.53 |
| 18 | HSBC Business Solutions<br>P.O. Box 5219<br>Carol Stream, IL 60197-5219 | | | | 1,380.30 |
| 19 | Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | | | | 1,373.09 |
| 20 | Home Depot Credit Services<br>Dept. 32-2503255832<br>P.O. Box 183176<br>Columbus, OH 43218-3176 | | | | 780.73 |

{33502: 001: 00750983.DOC : }

Dated: June 17, 2011

Jo Edward, LLC, Manager of
Eliason Combination Fund, LLC, Debtor

By: _____
*David J Eliason*

Its: Member

[*Declaration as in Form 2*]